IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TYRON ELLERBE | : | NO. 12-168-1 |

<u>REDACTED ORDER</u>

AND NOW, this 10th day of October, 2012, upon consideration of Defendant's Motion to Suppress All Physical Evidence Seized from the defendant's home, the government's opposition thereto, and after a hearing held on October 1, 2012, and for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.